PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
JANELLE A. DI MINO
Certified Law Student
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DORIAN A. BARRAZA,<br><br>Defendant. | Case No. 1:21-po-00258-SAB<br><br>[Citation #9481776 CA/82]<br><br>AMENDED MOTION AND ORDER FOR DISMISSAL; AND VACATUR OF TRIAL<br><br>TRIAL DATE:   November 5, 2021<br>TIME:              9:30 A.M.<br>COURTROOM:  6 |
|---|---|

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant U.S. Attorney, and Janelle A. Di Mino, Certified Law Student, hereby moves to dismiss Case No. 1:21-po-00258-SAB [Citation #9481776 CA/82] against DORIAN A. BARRAZA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  The United States further requests that the Trial in this matter set for November 5, 2021, at 9:30 a.m. be vacated.

DATED: October 26, 2021

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Janelle A. Di Mino
JANELLE A. DI MINO
Certified Law Student

1
2
**O R D E R**
3
4       IT IS HEREBY ORDERED that Case No. 1:21-po-00258-SAB [Citation #9481776 CA/82]
5   against DORIAN A. BARRAZA be dismissed, without prejudice, in the interest of justice. It is further
6   ordered that the Trial in this matter, set for November 5, 2021, at 9:30 a.m., be vacated.
7
8   IT IS SO ORDERED.
9   Dated: __**October 26, 2021**__       _____
10                                      UNITED STATES MAGISTRATE JUDGE